UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: )<br>JAMES R. SPODICK and )<br>LISA J. SPODICK, )<br>                    )<br>    Debtors. ) | Case No. 12-23515-pp<br>Chapter 13 |

**NOTICE AND REQUEST TO MODIFY CHAPTER 13 PLAN**

James R. Spodick and Lisa J. Spodick have filed papers with the court requesting modification of the Chapter 13 Plan in the above case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to modify the plan as proposed, or if you want the court to consider your views on the request, then on or before 21 days after service of this notice, you or your attorney must:

File with the court a written request for hearing which shall contain a short and plain statement of the factual and legal basis for the objection. File your written request at:

> Clerk of Bankruptcy Court
> 517 E. Wisconsin Avenue, Room 126
> Milwaukee, WI 53202-4581

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

> Nathan E. DeLadurantey
> DeLadurantey Law Office, LLC
> 735 W. Wisconsin Avenue, Suite 720
> Milwaukee, WI  53233

If you or your attorney does not take these steps, the court may decide that you do not oppose the request and may enter an order modifying the Plan.

Drafted by:
Nathan E. DeLadurantey
SBN 1063937
735 W. Wisconsin Avenue, Suite 720
Milwaukee, WI  53233
(414) 377-0515; Fax (414) 755-0860
nathan@dela-law.com

1

# REQUEST TO MODIFY CHAPTER 13 PLAN

1. The Proponent of this modification is:

    A. __X__ the Debtor;

    B. _____ the Chapter 13 Trustee (post-confirmation modifications only);

    C. _____ the holder of an unsecured claim (post-confirmation only).

2. This is a request to modify a Chapter 13 Plan (Select A. or B.):

    A. _____ post-confirmation;

    B. __X__ pre-confirmation (Select i. or ii.);

    i. __X__ Debtor(s)/Debtor(s) attorney certifies that the proposed modification does not materially adversely affect creditors (LBR 3015(b)); or

    ii. _____ Debtor(s)/Debtor(s) attorney certifies that the proposed modification materially adversely affects only the following creditors and a copy of the proposed modification has been served on them (Local Bankruptcy Rule 3015(b)). The creditors affected are:

3. The Proponent wishes to modify the Chapter 13 Plan to do the following: provide for full payment of the claim of Southport Bank.

4. The reason(s) for the modification is/are: compliance with an order of the court.

5. Select A. or B.

    A. _____ The Chapter 13 Plan confirmed or last modified on _ is modified as follows:

    B. __X__ The unconfirmed Chapter 13 Plan is modified as follows: <u>Sections 2 and 10 shall be amended to read:</u>


**2**. **Plan Payments and Length of Plan.** Debtor shall pay the total amount of **$213,000.00** by paying **$3,550.00** per (check one) ☒ month ☐ week ☐ every two weeks ☐ semi-monthly to Trustee by ☐ Periodic Payroll Deduction(s) from (check one) ☐ Debtor ☐ Joint Debtor or by ☒ Direct Payment(s) for the period of **60** months. The duration of the plan may be less if all allowed claims in every class, other than long-term claims, are paid in full.
☒ If checked, plan payment adjusts as indicated in the special provisions located at Section 10 below.

**10**. **Special Provisions.** Notwithstanding anything to the contrary set forth above, the Plan shall include the provisions set forth below. **The provisions will not be effective unless there is a check in the notice box preceding Paragraph 1 of this plan.**

> **(A) This provision is hereby omitted.**
>
> **(B) This provision is hereby omitted.**
>
> **(C) This provision is hereby omitted.**
>
> **(D) The debtors acknowledge that they are not entitled to a discharge in this case.**
>
> **(E) The secured claim of Southport Bank, Proof of Claim No. 1, shall be paid in full through the plan on a pro rata basis at 5% interest.**

All remaining terms and provisions of the Plan are unaffected unless specifically addressed herein. In the event of a conflict between the original Plan and the modification set forth above, the latter shall supersede and control.

6. **BY SIGNING BELOW THE PROPONENT OF THE MODIFICATION CERTIFIES THAT, AFTER REVIEW OF THE MODIFICATION AND ALL OTHER TERMS AND PROVISIONS OF THE PLAN, THOSE REMAINING TERMS AND PROVISIONS OF THE PLAN ARE CONSISTENT WITH THE PROPOSED MODIFICATIONS.**

**CERTIFICATION**

I, Nathan E. DeLadurantey, attorney for debtors, James R. Spodick and Lisa J. Spodick, certify that I have reviewed the modification proposed above with the debtors, and that the debtors have authorized me to file it with the court.

| /s/ Nathan E. DeLadurantey | July 9, 2012 |
|---|---|
| Counsel for the debtors | Date |

WHEREFORE, the Proponent requests that the court approve the modification to the Chapter 13 Plan as stated herein.

Dated: July 9, 2012.

DeLadurantey Law Office, LLC
Attorneys for Debtors


/s/
By: Nathan E. DeLadurantey
State Bar No. 1063937

Drafted by:
Nathan E. DeLadurantey
SBN 1063937
735 W. Wisconsin Avenue, Suite 720
Milwaukee, WI 53233
(414) 377-0515; Fax (414) 755-0860
nathan@dela-law.com

4