UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: )<br>JIM R SPODICK and )<br>LISA J SPODICK, )<br>   )<br>   Debtors. ) | Case No. 12-23515-pp<br>Chapter 13 |

## NOTICE AND REQUEST TO MODIFY CHAPTER 13 PLAN

Jim Spodick and Lisa Spodick have filed papers with the court requesting modification of the Chapter 13 Plan in the above case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to modify the plan as proposed, or if you want the court to consider your views on the request, then on or before 21 days after service of this notice, you or your attorney must:

File with the court a written request for hearing which shall contain a short and plain statement of the factual and legal basis for the objection. File your written request at:

>   Clerk of Bankruptcy Court
>   517 E. Wisconsin Avenue, Room 126
>   Milwaukee, WI 53202-4581

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

>   Nathan E. DeLadurantey
>   DeLadurantey Law Office, LLC
>   735 W. Wisconsin Avenue, Suite 720
>   Milwaukee, WI  53233

If you or your attorney does not take these steps, the court may decide that you do not oppose the request and may enter an order modifying the Plan.

1

# REQUEST TO MODIFY CHAPTER 13 PLAN

1. The Proponent of this modification is:

    A. __X__ the Debtor;

    B. _____ the Chapter 13 Trustee (post-confirmation modifications only);

    C. _____ the holder of an unsecured claim (Name:) (post-confirmation only).

2. This is a request to modify a Chapter 13 Plan (Select A. or B.):

    A. __X__ post-confirmation;

    B. _____ pre-confirmation (Select i. or ii.);

       i. _____ Debtors/Debtors' attorney certifies that the proposed modification does not materially adversely affect creditors (L.R. 3015(b)); or

       ii. _____ Debtors/Debtors' attorney certifies that the proposed modification materially adversely affects only the following creditors and a copy of the proposed modification has been served on them (Local Bankruptcy Rule 3015(b)). The creditors affected are:

3. The Proponent wishes to modify the Chapter 13 Plan to do the following: Vest title of non-homestead real estate located at 500 6th St., Racine, WI 53403 in Talmer Bank.

4. The reason(s) for the modification is/are:

5. Select A. or B.

    A. __X__ The Chapter 13 Plan confirmed or last modified on November 15, 2012, is modified as follows:

       **i. The debtor's non-homestead real property located at 500 6th St., Racine, WI 53403 shall be surrendered in satisfaction of the secured claims held by Talmer Bank and John Apple pursuant to U.S.C. § 1325(a)(5)(C).**

       **ii. Pursuant to 11 U.S.C. § 1322(9), title to the real property located at 500 6th St., Racine, WI 53403 shall vest in the first mortgage holder Talmer Bank upon confirmation of this plan.**

       **iii. If no objection is raised, Talmer Bank and John Apple will be deemed to have accepted the terms of this plan pursuant to 11 U.S.C. § 1325(a)(5)(A).**

    B. _____ The unconfirmed Chapter 13 Plan dated is modified as follows:

All remaining terms and provisions of the Plan are unaffected unless specifically addressed herein. In the event of a conflict between the original Plan and the modification set forth above, the latter shall supersede and control.

6. **BY SIGNING BELOW THE PROPONENT OF THE MODIFICATION CERTIFIES THAT, AFTER REVIEW OF THE MODIFICATION AND ALL OTHER TERMS AND PROVISIONS OF THE PLAN, THOSE REMAINING TERMS AND PROVISIONS OF THE PLAN ARE CONSISTENT WITH THE PROPOSED MODIFICATIONS.**

**CERTIFICATION**

I, Nathan E. DeLadurantey, attorney for debtors, Jim Spodick and Lisa Spodick, certify that I have reviewed the modification proposed above with the debtors, and that the debtors have authorized me to file it with the court.

| /s/ Nathan E. DeLadurantey | July 1, 2014 |
|---|---|
| Counsel for the debtors | Date |

WHEREFORE, the Proponent requests that the court approve the modification to the Chapter 13 Plan as stated herein.

Dated: <u>July 1, 2014</u>, at Milwaukee, Wisconsin.

DeLadurantey Law Office, LLC
Attorneys for Debtor

/s/
By: Nathan E. DeLadurantey
State Bar No. 1063937

Drafted by:
Daniel T. Beasley
SBN 1092029
735 W Wisconsin Ave., Suite 720
Milwaukee, WI 53233
(414) 377-0515; Fax (414) 755-0860
dan@dela-law.com

3

A copy of the foregoing filed electronically on July 01, 2014 with:

Clerk, U.S. Bankruptcy Court
517 East Wisconsin Avenue
Milwaukee, WI 53202

Copies of the foregoing mailed or sent electronically
if the party named accepts electronic service on July 01, 2014:

Office of the U.S. Trustee
517 East Wisconsin Avenue, #430
Milwaukee, WI 53202

Mary B. Grossman
PO Box 510920
Milwaukee, WI 53203

The attached creditor matrix

/s/Caitlin York, Paralegal
(Electronically file by)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0757-2<br>Case 12-23515-pp<br>Eastern District of Wisconsin<br>Milwaukee<br>Tue Jul  1 15:54:53 CDT 2014 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Southport Bank<br>7027 Green Bay Road<br>Kenosha, WI 53142-1436 |
| Attorney Todd Terry<br>432 Milwaukee Ave.<br>PO Box 700<br>Burlington, WI 53105-0700 | Department of Workforce Development<br>201 E. Washington Ave.<br>Madison, WI 53703-2866 | IRS - Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| John Apple<br>1203 South St<br>Racine, WI 53402 | Office of the U. S. Trustee<br>517 East Wisconsin Ave.<br>Room 430<br>Milwaukee, WI 53202-4510 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 |
| Talmer Bank<br>567 Broad St.<br>Lake Geneva, WI 53147-1419 | Wis. Dept. of Revenue<br>PO Box 8901<br>Special Procedures Unit<br>Madison, WI 53708-8901 | Wisconsin Depart. of Workforce Development<br>PO Box 7901<br>Madison, WI 53707-7901 |
| James R Spodick<br>5440 River Hills Rd.<br>Racine, WI 53402-9777 | Lisa J Spodick<br>5440 River Hills Rd.<br>Racine, WI 53402-9777 | Mary B. Grossman<br>Chapter 13 Trustee<br>P.O. Box 510920<br>Milwaukee, WI 53203-0161 |
| Nathan E. DeLadurantey<br>DeLadurantey Law Office<br>735 W. Wisconsin Avenue<br>Suite 720<br>Milwaukee, WI 53233-2413 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Southport Bank
7027 Green Bay Road
Kenosha, WI 53142-1436

End of Label Matrix
Mailable recipients    15
Bypassed recipients     1
Total                  16